IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMES DORSEY, | : |
| Plaintiff, | : |
| V. | : |
| | : NO. 3:22-cv-00025-CDL-CHW |
| SHERIFF STEVE THOMAS, *et al.*, | : |
| Defendants. | : |

### ORDER

Plaintiff James Dorsey, who is currently confined in the Franklin County Detention Center in Carnesville, Georgia, filed a handwritten complaint pursuant to 42 U.S.C. § 1983 in the Southern District of Indiana. Compl., ECF No. 1. Because the complaint concerned matters that occurred in the Middle District of Georgia, the Southern District of Indiana transferred the case to this Court. Closed Transfer, ECF No. 4. Plaintiff's complaint is not on the Court's § 1983 form designed for use by prisoner litigants. Accordingly, Plaintiff is now **ORDERED** to recast his complaint on the proper form. Plaintiff is remineded that he must fully answer all questions on the complaint form.

Additionally, Plaintiff has not either paid the $402.00 filing fee applicable for his complaint or moved for leave to proceed in this action *in forma pauperis*. A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint."

28 U.S.C. § 1915(a)(1)-(2).

Therefore, if he wants to proceed with this case, Plaintiff is now **ORDERED** to either pay the $402.00 filing fee in full or move for leave to proceed *in forma pauperis*.[1] Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to either pay the filing fee or submit a proper and complete motion for leave to proceed *in forma pauperis*. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this case.

The **CLERK** is **DIRECTED** to forward Plaintiff a blank motion for leave to proceed *in forma pauperis*, along with the appropriate account certification form and Plaintiff's service copy of this order. There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 16th day of March, 2022.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge

---

[1] Plaintiff appears to have accrued three strikes for the purposes of 28 U.S.C. § 1915(g). *See, eg.*, *Dorsey v. Thomas,* Case No. 3:21-cv-117-CDL-CHW (M.D. Ga. October 29, 2021) (identifying Plaintiff as having accrued three strikes). Thus, Plaintiff should be aware that he will only be permitted to proceed *in forma pauperis* if he can establish that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).